In the Matter of AAA CARTING AND RUBBISH REMOVAL, INC., Appellant, v TOWN OF SOUTHEAST et al., Respondents.

Submitted March 14, 2011; decided March 24, 2011

Motions to strike portions of appellant's brief granted to the

extent of deeming stricken Addendum 1 and Addendum 2 to appellant's brief and references thereto in that brief.